# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Natalie Hill
                        Plaintiff,

v.                                        Case No.: 1:23−cv−03582
                                                      Honorable Thomas M. Durkin

JP Morgan Chase Bank, N.A.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 2, 2024:

      MINUTE entry before the Honorable Thomas M. Durkin: A stipulation to dismiss has been filed. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is dismissed with prejudice, with each party to bear its own attorneys' fees and costs. All pending dates before this court are stricken. Civil case terminated. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.